# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                   Crim. No. 17-253 (MJD/BRT)

    Plaintiff,

v.                                                             **Order**

Cleophus Reed, Jr.,

    Defendant.

---

Nathan Hoye Nelson, Esq., United States Attorney's Office, counsel for Plaintiff.

Robert A. Lengeling, Esq., Beito & Lengeling, PA, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 11, 2018 to deny Defendant's motions to suppress and to dismiss the Indictment. Defendant objects to the recommendation that his motions to suppress be denied.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1.	Defendant's Motions to Suppress (Doc. Nos. 104, 124) are **DENIED**;

2.	Defendant's Motion to Dismiss Indictment (Doc. No. 112) is **DENIED**; and

3.	The Government is ordered to file a corrected Indictment listing Defendant by his legal name, Cleophus Reed, Jr., a/k/a "Chi-Town."


Date:  September 5, 2018          s/ Michael J. Davis
                                  MICHAEL J. DAVIS
                                  United States District Court